UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
MAR 0 2 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Cause No. |
| v. | ) |
| | ) 1 : 21 -cr- 0 0 6 8 JPH -DML |
| TIMOTHY MCKENNA, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
21 U.S.C. § 841(a)(1)
Possession with Intent to Distribute Controlled Substances

On or about January 8, 2021, in the Southern District of Indiana, TIMOTHY MCKENNA, defendant herein, did knowingly possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2
18 U.S.C. § 924(c)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

On or about January 8, 2021, in the Southern District of Indiana, TIMOTHY MCKENNA, defendant herein, did knowingly possess a firearm, that is, a Smith & Wesson, model SD40VE, .40 pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime alleged in Count One (Possession with Intent to Distribute Methamphetamine); all in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT 3
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about January 8, 2021, in the Southern District of Indiana, TIMOTHY MCKENNA, defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: felony Auto Theft, Marion County, Indiana Superior Court, 49G04-1906-F5-025417; felony Possession of Methamphetamine, Putnam County, Indiana Superior Court, 67D01-1807-F5-000131, felony Failure to Return to Lawful Detention, Clay County, Indiana Superior Court, 11C01-1712-F6-000995; felony Auto Theft, Putnam County, Indiana Superior Court, 11D01-1608-F6-000599; felony Maintaining A Common Nuisance, Marion County, Indiana Superior Court, 49G21-1607-F2-028923; felony Possession of Methamphetamine, Putnam County, Indiana Superior Court, 67D01-1509-F6-000129; felony Burglary, Marion County, Indiana Superior Court, 49G05-1204-FC-025656; felony Possession of a Controlled Substance, Johnson County, Indiana Superior Court, 41D03-1009-FD-000227; felony Theft/Receiving Stolen Property, Marion County, Indiana Superior Court, 49G03-0608-FD-153669; felony Forgery, Marion County, Indiana Superior Court, 49G03-0606-FC-110834) did knowingly possess in and affecting interstate or foreign commerce a firearm, that is, a Smith & Wesson Model SD40VE .40 pistol, and/or a Winchester, model 120, 12 gauge shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1. Pursuant to Title 21, United States Code, Section 853, if convicted of the offense set forth in Count One of the Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or

indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 1, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

3. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offenses set forth in Count Two or Three of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

A TRUE BILL:

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: M. P. Brady
Michelle P. Brady
Assistant United States Attorney