UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 0 2 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | CAUSE NO. |
| TIMOTHY MCKENNA, | ) | 1:21-cr-0068 JPH-DML |
| Defendant. | ) | |

## APPEARANCE

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Michelle P. Brady, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *M. P. Brady*
Michelle P. Brady
Assistant United States Attorney