UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 0 2 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | Cause No. |
| TIMOTHY MCKENNA, | ) | 1:21-cr-0068 JPH -DML |
| *Defendant.* | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute Controlled Substances | 10-Life | $10,000,000 | NLT 5 years |
| 2 | 18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 5-Life | $250,000 | NMT 5 years |
| 3 | 18 U.S.C. § 922(g)(1)<br>Felon in Possession of a Firearm | 0-10 years | $250,000 | NMT 3 years |

Dated: _____  _____
TIMOTHY MCKENNA
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana