UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00068-JPH-DML |
| | ) | |
| TIMOTHY MCKENNA, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 8, 2021, the Clerk provided notice of an initial hearing in this case scheduled for March 9, 2021.  Dkt. 9.  That hearing was later vacated and has not been reset.  Dkt. 13.  Also on March 8, the Court entered an order entering a not guilty plea; setting a trial date of May 10, 2021; and addressing other pretrial matters.  Dkt. 10.

Because the initial hearing has been vacated, the Court **VACATES** its previous order, including the trial setting, to be reissued after the initial hearing is reset.  Dkt. [10].  This order does not affect the time for trial under the Speedy Trial Act. 18 U.S.C. § 3161(c)(1) ("[T]rial . . . shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.").

1

**SO ORDERED.**

Date: 3/26/2021

_James Patrick Hanlon_

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
sam.ansell@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE
michelle.brady@usdoj.gov