UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00068-JPH-DML |
| | ) | |
| TIMOTHY MCKENNA, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY**

On June 9, 2021, the Court received a letter and motions from Defendant, pro se, even though he continues to be represented by counsel. The Clerk is **DIRECTED** to mail the letter and motions to Defendant's counsel who, consistent with his professional obligations, shall review the letter and motions decide what action, if any, should be taken regarding the issues raised.

**SO ORDERED**.

Date: 6/11/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE
michelle.brady@usdoj.gov