UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:21-cr-00068-JPH-DML |
| TIMOTHY MCKENNA, | ) | -01 |
| Defendant. | ) | |

**ENTRY**

On June 25, 2021, the Court received a letter from Defendant, pro se, even though he continues to be represented by counsel. The Clerk is **DIRECTED** to mail a copy of the letter to Defendant's counsel who, consistent with his professional obligations, shall review the letter and decide what action, if any, should be taken regarding the issues raised.

**SO ORDERED**.

Date: 6/29/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
sam.ansell@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE
michelle.brady@usdoj.gov