UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cr-00068-JPH-DML ) |
| TIMOTHY MCKENNA, | ) -01 ) |
| Defendant. | ) |

**ORDER**

The government filed an indictment against Mr. McKenna on March 2, 2021, dkt. 1, and defense counsel entered an appearance on March 9, 2021, dkt. 11.  An initial hearing was scheduled for March 9, 2021, dkt. 9, but was later vacated, dkt. 13.  No trial date is currently scheduled, *see* dkt. 14, and the docket does not reflect that the government has taken action to have Mr. McKenna transferred to federal custody.  Counsel for the government and Mr. McKenna **SHALL FILE** a joint status update **by July 28, 2021** informing the Court of the basis for Mr. McKenna's state detention and when he may be transferred into federal custody on this case.

**SO ORDERED.**

Date: 7/14/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
sam.ansell@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov