UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:21-cr-0068-JPH-DML |
| ) | |
| TIMOTHY MCKENNA, ) | - 01 |
| Defendant. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Southern District of Indiana

GREETINGS: We command that you have the presence of TIMOTHY MCKENNA, DOB XX/XX/1975, Social Security Number XXX-XX-5284, confined at the Marion County Jail, 40 South Alabama Street, Indianapolis, Indiana in the custody of the Sheriff, under safe and secure conduct before the Judge of our District within and for the Southern District of Indiana, forthwith, to answer the prosecution now pending against him in said Court and after the proceedings in his case, the defendant shall be returned to the aforesaid institution under safe and secure conduct, and have you then and there this writ.

WITNESS THE HONORABLE TIM A. BAKER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, and the seal of said Court this date, July 26, 2021.

*CLERK OF COURT, Roger A.G. Sharpe*

BY: _____
*Deputy Clerk*