UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:21-cr-0068 JPH-DML |
| | ) |
| TIMOTHY MCKENNA, | ) |
| | ) |
| Defendant. | ) |

## STATUS UPDATE

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Michelle P. Brady, Assistant United States Attorney, hereby submits the following to the Court:

1. On March 2, 2021, a grand jury sitting in the Southern District of Indiana returned an indictment in the above captioned case. Dkt. 1.

2. On July 22, 2021, the United States petitioned for a Writ of Habeas Corpus ad Prosequendum. Dkt. 21. That Writ was issued on July 26, 2021, and has been delivered to the Marion County Jail, and Defendant may now be transferred into federal custody.

3. Undersigned counsel understands that an initial appearance for Defendant Timothy McKenna will occur in the near future.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   s/Michelle P. Brady
Michelle P. Brady
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By:    *s/Michelle P. Brady*
                            Michelle P. Brady
                            Assistant United States Attorney