UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cr-00068-JPH-DML |
| TIMOTHY MCKENNA, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER**

Defendant has filed an unopposed Motion to Continue. Dkt. [28]. The Court **GRANTS** the Motion, finding that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial.

The delay attributable to the changed trial date shall be excluded from the Speedy Trial Act's time computations. 18 U.S.C. § 3161(h)(7)(A). The interests of justice stated in the motion to continue are best served by the delay so that both Defendant and the government can adequately prepare for and receive a fair trial, and attempt an agreed resolution of the case. Those interests outweigh the interests of the public and Defendant in a speedy trial at this time in this case. *See* 18 U.S.C. § 3161(h)(7).

The Court thus **VACATES** the October 4, 2021 trial setting and **CONTINUES** it as follows: the final pretrial conference to **February 2, 2022 at**

**3:00 p.m.**; the jury trial to commence on **February 14, 2022 at 9:00 a.m.** in Room 246, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Date: 8/27/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
sam.ansell@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE
michelle.brady@usdoj.gov